No. 81–1625. OREGON *v.* NEWMAN. Sup. Ct. Ore. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 81–1905. BROWN *v.* FEDERAL ELECTION COMMISSION. C. A. D. C. Cir. Motion of Center on National Labor Policy for leave to file a brief as *amicus curiae* granted. Certiorari denied. ■

No. 81–1931. MEMORIAL PARK CEMETERY ASSN. ET AL. *v.* ROSEBROUGH MONUMENT CO. C. A. 8th Cir. Motions of American Cemetery Association et al. and Service Employees International Union, AFL–CIO, for leave to file briefs as *amici curiae* granted. Certiorari denied. ■

No. 81–6512. HARRIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist.;

No. 81–6540. DRAKE *v.* GEORGIA. Sup. Ct. Ga.; and

No. 81–6549. JENT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 81–6540, 248 Ga. 891, 287 S. E. 2d 180; No. 81–6549, 408 So. 2d 1024.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–1257. DONALD SCHRIVER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 451 U. S. 976; and

No. 80–1666. LARSON, COMMISSIONER OF SECURITIES, MINNESOTA DEPARTMENT OF COMMERCE, ET AL. *v.* VALENTE ET AL., 456 U. S. 228. Petitions for rehearing denied.